UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JAY KIM, | ) | 2:10-CV-01146-PMP-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| HOWARD ATKINS, CFO-WELLS FARGO BANK, RANDE JOHNSON, CEO-MTC FINANCIAL INC., dba TRUSTEE CORPS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Before the Court for consideration is Defendants Howard Atkins and Wells Fargo Bank's Motion to Dismiss Complaint (Doc. #4), filed on July 28, 2010. Plaintiff Kim has failed to file a timely opposition to Defendants' motion. As a result, Plaintiff consents to the granting of Defendants' motion to dismiss. Moreover, a review of Defendants' motion to dismiss shows that Defendants are entitled to the relief requested on the merits in accord with provisions of Rule 12(b) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED that** Defendants Howard Atkins and Wells Fargo Bank's Motion to Dismiss Complaint (Doc. #4) is **GRANTED**.

DATED: August 25, 2010.

_____
PHILIP M. PRO
United States District Judge